TEXTRON, INC. v. RFE INDUSTRIES, INC.

February 25, 1986.

Petition for certification denied.

ELLA BABER, ET AL. v. VILLAGE GREEN ASSOCIATES,
ETC., ET AL.

. February 25, 1986.

Petition for certification denied.

ANDREW J. GUSTAVSON, ET AL. v. ANDREW C. GAYNOR, ET AL.

February 25, 1986.

Petition for certification denied.  (See 206 *N.J.Super.* 540)